**P O R T E R  |  S C O T T**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Colin J. Nystrom, SBN 354503
Cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, BRYAN JOHNSON, JACOB MORGAN
*Exempt from Filing Fees Pursuant to Government Code § 6103*

Stanley Goff
**LAW OFFICE OF STANLEY GOFF**
15 Boardman Place, Suite 2
San Francisco, CA 94103
scraiggoff@aol.com

Attorney for Plaintiff
JAMEAL MOSLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEAL MOSLEY, | CASE NO.  2:25-CV-02661-WBS-CKD |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE** |
| v. | Complaint Filed: 09/16/2025 |
| SACRAMENTO COUNTY, BRYAN JOHNSON, JACOB MORGAN AND DOES 1-50, | |
| Defendants. | |
| _____ / | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff JAMEAL MOSLEY ("Plaintiff") and Defendants COUNTY OF SACRAMENTO,

1
STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE

BRYAN JOHNSON, JACOB MORGAN (collectively, "Defendants") (Plaintiff and Defendants collectively referred to as the "parties"), by and through their respective counsel of record, have met and conferred and have agreed to participate in a Settlement Conference with Magistrate Judge Jeremy D. Peterson.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record:

1. This action is currently governed by the Court's Scheduling Order entered on January 13, 2026.

2. This is the first request by the parties to modify the Scheduling Order.

3. The parties believe that a settlement conference would be beneficial at this stage of the litigation and have agreed to request referral of this matter to the Honorable Jeremy D. Peterson for a settlement conference on June 10, 2026, at 10:00 a.m. for purposes of conducting a settlement conference, subject to the Court's approval.

4. To facilitate meaningful settlement discussions and conserve party and judicial resources, the parties further agree that a limited modification of the Scheduling Order is appropriate.

5. Good cause exists to modify the Scheduling Order because the requested settlement conference may streamline or resolve issues in dispute and avoid unnecessary discovery and motion practice.

6. The parties therefore stipulate and request that:

a. The Court refer this matter to Judge Peterson for a settlement conference at the Court's convenience; and

b. The Scheduling Order shall be modified as follows: Expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made on or before July 10, 2026; rebuttal expert disclosures shall be made on or before August 10, 2026; all discovery, including non-expert (fact) and expert discovery, shall be completed on or before September 8, 2026; all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before October 8, 2026, and shall be noticed for hearing in accordance with the Court's law and motion calendar; and the Final Pretrial Conference shall be continued to January 25, 2027 at 1:30 p.m.., or as soon thereafter as is convenient for

**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE**

the Court. The jury trial date is continued to March 30, 2027, at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated:  April 7, 2026                                    PORTER SCOTT
                                                        A PROFESSIONAL CORPORATION

                                                        By  /s/Carl L. Fessenden_____
                                                                Carl L. Fessenden
                                                                Colin J. Nystrom
                                                                Attorneys for Defendants

Dated:  April 7, 2026                                    LAW OFFICE OF STANLEY GOFF

                                                        By /s/Stanley Goff (Authorized 4/3/26)_
                                                                Stanley Goff
                                                                Attorney for Plaintiff

**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE**

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for a Settlement Conference and finding good cause therefore, hereby approves and Orders as follows:

1. This matter is referred to the Honorable Jeremy D. Peterson for a settlement conference on June 10, 2026, at 10:00 a.m.

2. The Court's Scheduling Order (ECF No. 8) is modified as follows:

   a. Expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made on or before July 10, 2026;

   b. Rebuttal expert disclosures shall be made on or before August 10, 2026;

   c. All discovery, including expert discovery, shall be completed on or before September 8, 2026. All discovery motions shall be noticed and heard in accordance with the Local Rules so that any resulting orders are complied with by this deadline;

   d. All dispositive motions shall be filed on or before October 8, 2026, and shall be noticed for hearing in accordance with the Court's law and motion calendar;

   e. The Final Pretrial Conference is reset to January 25, 2027 at 1:30 p.m.

   f. The jury trial date is continued to March 30, 2027, at 9:00 a.m.

4. All other provisions of the Court's Scheduling Order remain in full force and effect

**IT IS SO ORDERED.**

Dated:  April 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE**