PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Colin J. Nystrom, SBN 354503
cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, BRYAN JOHNSON, and JACOB MORGAN
*Exempt from Filing Fees Pursuant to Government Code § 6103*

**LAW OFFICE OF STANLEY GOFF**
Stanley Goff
15 Boardman Place, Suite 2
San Francisco, CA 94103
scraiggoff@aol.com

Attorney for Plaintiff
JAMEAL MOSLEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEAL MOSLEY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY, BRYAN JOHNSON, JACOB MORGAN AND DOES 1-50,<br><br>Defendants.<br>_____________________________/ | CASE NO. 2:25-CV-02661-WBS-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint Filed: 09/16/2025 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JAMEAL MOSLEY and Defendants COUNTY OF SACRAMENTO, BRYAN JOHNSON, and JACOB MORGAN, by and through their counsel of record that this action be dismissed, with prejudice, pursuant to Rule 41(a)(1) of

the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated: September 10, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Carl L. Fessenden
Carl L. Fessenden
Colin J. Nystrom
Attorneys for Defendants

Dated: September 10, 2026

LAW OFFICE OF STANLEY GOFF

By /s/ Stanley Goff *(authorized on 09/04/2026)*
Stanley Goff
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: September 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE